Lincoln Leandro Rivas-Pena          4          232158 – ER.cr
Docket Number: 13 CR 271-11 (LTS)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]  Transfer of Jurisdiction to the District of New Jersey APPROVED

[ ]  Transfer of Jurisdiction to the District of New Jersey DENIED

[ ]  Other

_____
_____
_____
_____

/s/ Laura Taylor Swain
Honorable Laura Taylor Swain
U.S. District Judge
September 16, 2020
Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 13 CR 271-11 (LTS) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Lincoln Leandro Rivas-Pena  New Jersey | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Laura Taylor Swain, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/05/2018 | TO 10/04/2023 |

**OFFENSE**

Conspiracy to Distribute and Possess with the Intent to Distribute Heroin and Cocaine in Violation of 21 U.S.C. 841(b)(1)(C) and 846, a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| September 16, 2020 | /s/ Laura Taylor Swain |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| *Effective Date* | *United States District Judge* |
|---|---|